Ihedinma, Frederick v. State of Maryland—Pet. Docket No. 28 *—denied. Opinion of the Court of Special Appeals unreported (No. 2567, Sept. Term, 2014).

In re: Adoption/Guardianship of Alyiah C.—Pet. Docket No. 3 *—dismissed. Opinion of the Court of Special Appeals unreported (No. 1181, Sept. Term, 2015).

In re: Adoption/Guardianship of H.L.N.B. & H.C.N.B.—Pet. Docket No. 77 *—denied. Opinion of the Court of Special Appeals unreported (No. 863, Sept. Term, 2015).

In the Matter of the Estate of W. Byron Sorrell, Deceased—Pet. Docket No. 105 *—denied. Opinion of the Court of Special Appeals unreported (No. 2572, Sept. Term, 2013).

Kimberlin v. Walker—Pet. Docket No. 93 *—denied. Opinion of the Court of Special Appeals unreported (Nos. 1553 & 2099, Sept. Term, 2014).

Kropfelder v. Kropfelder and Nolan, Plumhoff & Williams, Chtd.—Pet. Docket No. 92—denied. Pending in the Court of Special Appeals (No. 2560, Sept. Term, 2015)

Little v. Generation Mortg. Co.—Pet. Docket No. 111 *—denied. Opinion of the Court of Special Appeals unreported (No. 2286, Sept. Term, 2014).

Lowery v. Davis—Pet. Docket No. 79 *—dismissed. Dismissed by the Court of Special Appeals (No. 1784, Sept. Term, 2014).

Lowery v. Stephenson—Pet. Docket No. 78 *—dismissed. Dismissed by the Court of Special Appeals (No. 2456, Sept. Term, 2013).

Massenburg, Keith D. v. State of Maryland—Pet. Docket No. 99 *—denied. Dismissed by the Court of Special Appeals (No. 1748, Sept. Term, 2015).

Matthews, George v. State of Maryland—Pet. Docket No. 95 *—denied. Opinion of the Court of Special Appeals unreported (No. 2772, Sept. Term, 2011).

Mayhew, Brian Cuffie v. State of Maryland—Pet. Docket No. 34 *—dismissed. Opinion of the Court of Special Appeals unreported (No. 475, Sept. Term, 2014).

Mills, Lawrence v. State of Maryland—Pet. Docket No. 85 *—denied. (No. 13–K–15–055597, Circuit Court for Howard County.)

Myles, Meredith Lee v. State of Maryland—Pet. Docket No. 134 *—denied. Opinion of the Court of Special Appeals unreported (No. 1501, Sept. Term, 2014).

Nolasco v. Motor Vehicle Admin.—Pet. Docket No. 670—denied. (No. 405722V, Circuit Court for Montgomery County.)

Perry, Montaray Eugene v. State of Maryland—Pet. Docket No. 101 *—denied. Opinion of the Court of Special Appeals unreported (No. 1705, Sept. Term, 2015).

Queen, Keith Lavell v. State of Maryland—Pet. Docket No. 107 *—denied. Opinion of the Court of Special Appeals unreported (No. 2479, Sept. Term, 2014).

Qureshi v. Khan—Pet. Docket No. 619—denied. (No. 24–C–15–006942, Circuit Court for Baltimore City.)

### 138 A.3d 1263

Qureshi v. Khan—Pet. Docket No. 658—denied. (No. 24–C–15–006218, Circuit Court for Baltimore City.)

Reeves v. Miller—Pet. Docket No. 97 *—dismissed. Opinion of the Court of Special Appeals unreported (No. 1162, Sept. Term, 2015).